UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2588
_____

JASON JORJANI,
          Appellant

v.

NEW JERSEY INSTITUTE OF TECHNOLOGY;
JOEL S. BLOOM;
KEVIN J. BELFIELD;
FADI P. DEEK;
HOLLY STERN;
CHRISTINE LI
_____

On Appeal from the United States District Court for the
District of New Jersey
(D.C. Civil Nos. 2:18-cv-11693 and 2:20-cv-01422)
District Judge: Honorable William J. Martini
_____

Argued July 9, 2025

Before: KRAUSE, MATEY, and PHIPPS, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on July 9, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered July 31, 2024, is hereby **VACATED** and the cause is **REMANDED** for proceedings consistent with the Opinion of this Court. Costs

2

shall not be taxed in this matter pursuant to Fed. R. App. P. 39(a)(4). All of the above in accordance with the Opinion of this Court.

    ATTEST:

    s/ Patricia S. Dodszuweit
    Clerk

DATED: September 8, 2025